**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**BENNETT, ANTHONY C.**
**BENNETT, KATHLEEN T.**                                           **CASE NO.  04-05504-EE**

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Randy G. McKee, Trustee, pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP who files the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Anthony & Kathleen Bennett | 2919 Short Cherry Street<br>Vicksburg, MS  39180 | $10,000.00 |

A true and correct copy of the check previously issued to Anthony and Kathleen Bennett is attached hereto.  The check was mailed via certified mail and was returned to the trustee's office as "unclaimed."  Every effort has been made to obtain a valid address.  The trustee contacted the attorney for the debtors, but there was no forwarding address for the debtors.

WHEREFORE, premises considered, Randy G. McKee, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Respectfully submitted,

s/Randy G. McKee
Randy G. McKee – Trustee
6400 Lakeover Road
Suite D
Jackson, MS  39213
Telephone:    601.321.1581
Facsimile:     601.321.1584
Email:            rmckee@epitrustee.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have served a copy of the foregoing pleading on this 3rd day of March, 2009, via United States Mail or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system to the following:

Ronald H. McAlpin, Esq.
Office of the United States Trustee
100 West Capitol Street
Suite 706
Jackson, MS  39269

William Wesley Stover, Jr., Esq.
Bond Botes & Stover, PC
414 S. State St.
Suite 105
Jackson, MS 39201

                                                  s/Randy G. McKee
                                                  Randy G. McKee - Trustee